# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:10cr88-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| LARRY DALE GREENE, JR. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Bill of Indictment. [Doc. 26].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 26] is **GRANTED**, and the Bill of Indictment in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to send copies of this Order to counsel for the Government, counsel for the Defendant, and the United States Probation Office.

**IT IS SO ORDERED**.

Signed: March 30, 2011

Martin Reidinger
United States District Judge